ELLA CONOVER, PLAINTIFF-APPELLANT, v. KENTUCKY SECURITIES COMPANY, A CORPORATION OF THE STATE OF NEW JERSEY, DEFENDANT-RESPONDENT.

Argued October 19, 1933—Decided January 5, 1934.

208

For the appellant, *William M. Clevenger* and *Thomas R. Clevenger*.

For the respondent, *Endicott & Endicott* (*Allen B. Endicott, Jr.,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Judge Sooy in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 16.

*For reversal*—None.